IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BROWN and CHRISTINE BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PULTE HOME CORPORATION OF THE DELAWARE VALLEY, and PULTE HOMES OF PENNSYLVANIA, LP | : | NO. 10-mc-201 |

## ORDER

**AND NOW,** this 14th day of February, 2011, upon consideration of the Plaintiff's Motion to Confirm Liability Verdict and Vacate Liability Award (Document No. 5), Defendants' Brief in Opposition (Document No. 6), and Plaintiff's Reply Brief (Document No. 7), and following oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The arbitrator's award in favor of the plaintiffs in the amount of $172,544.00 is confirmed; and

2. **JUDGMENT** is entered in favor of the plaintiffs James Brown and Christine Brown against the defendants Pulte Home Corporation of the Delaware Valley and Pulte Homes of Pennsylvania, LP in the amount of $172,544.00.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.